TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-00190-CV

In re Richard "Wick" Alexander, Scott Anderson, Craig Wingrove, and Stephens, Inc.

d/b/a Stephens of Arkansas Corporation and d/b/a Stephens Capital Management

ORIGINAL PROCEEDING FROM TRAVIS COUNTY

PER CURIAM

 Relators, Richard "Wick" Alexander, Scott Anderson, Craig Wingrove, and
Stephens, Inc. d/b/a Stephens of Arkansas Corporation and d/b/a Stephens Capital Management
filed a petition for writ of mandamus. The petition for writ of mandamus is denied. Tex. R. App.
P. 52.8(a).

Before Chief Justice Aboussie, Justices Kidd and Puryear

Filed: April 20, 2001

Do Not Publish